UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| GAIL KUOT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1-14-00083 |
| v. | ) Senior Judge Haynes |
| | ) |
| CAPT. JASON WHITEHEAD, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 94) to deny Plaintiff's motions for preliminary injunction (Docket Entry Nos. 79, 81 and 83). Plaintiff has not filed an objection, but filed a fourth motion for preliminary injunction (Docket Entry No. 97).

After de novo review, the Report and Recommendation is **ADOPTED,** and Plaintiff's motions for preliminary injunction (Docket Entry Nos. 79, 81 and 83) are **DENIED**. Plaintiff's fourth motion for preliminary injunction (Docket Entry No. 97) does not present any additional information warranting the granting of a preliminary injunction. Thus, Plaintiff's fourth motion for preliminary injunction (Docket Entry No. 97) is **DENIED**.

It is so **ORDERED**.

ENTERED this the 17th day of August, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge