IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| GAI KUOT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:14-cv-00083 |
| v. | ) Senior Judge Haynes |
| | ) |
| CAPT. JASON WHITEHEAD, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

In accordance with the Memorandum filed herewith, the Defendants' motion for summary judgment (Docket Entry No. 119) is **GRANTED** and Plaintiff's claims against all Defendants are **DISMISSED without prejudice**. All other pending motions (Docket Entry Nos. 117, 140, 146, 150, 152, 154, 156, 158, 160-61, 164-66, 174, 176-77, 181, 184-85, 188) are **DENIED as moot.**

This is the Final Order in this action. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

It is so **ORDERED**.

ENTERED this the 25th day of July, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge